UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GEE PARTNERSHIP HOLDINGS, LLC, f/k/a GEE HOLDINGS, LLC

    Plaintiff(s),

v.

GLOBAL FINANCIAL ENTERPRISES, LLC,, and TANBAR, LTD., d/b/a SEKO WORLDWIDE,

    Defendant(s).
_____/

Case No. 2:12-cv-14718-JAC-RSW

Judge Julian Abele Cook, Jr.

Magistrate Judge R. Steven Whalen

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **GLOBAL FINANCIAL ENTERPRISES, LLC**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐      No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐      No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: October 25, 2012

/s/ Larry J. Saylor
_____

P28165
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
313-963-6420
saylor@millercanfield.com